**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    CPC Logistics, Inc
    c/o The Corporation Company
    2000 Interstate Park Drive
    Suite 204
    Montgomery, Alabama
    36103-5421

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   The Corporation Company
   X The Corporation Company
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                    5/18/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

   2:07cv396

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)        7006 3450 0003 2037 2127

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540