

**CT**
a Wolters Kluwer business

CT
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

334 387 7680 tel
334 387 7682 fax
www.ctlegalsolutions.com

2007 MAY 21  A 9: 12

**COPY**

May 18, 2007

Mark M. Gibson
Almon & Gibson, LLC
4 Office Park Circle,
Ste. 215,
Birmingham, AL 35223

Re: Candace Corley, Pltf. vs. CPC Logistics, Inc., Dft.
Case No. 2:07 CV 396

Dear Sir/Madam:

We are herewith returning the Summons, Return Form, Complaint, Notice which we received regarding the above captioned matter.

CPC Logistics, Inc. withdrew to do business in the State of AL on 12/05/2006. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,

Shannon Robertson

Log# 512235767

Fed Ex Tracking # 7902 5145 1646

cc: US District Court Middle District Northern Division
Debra P. Hackett, Clerk,
Frank M. Johnson, Jr.,,
US Courthouse Complex,
One Church Street/ PO Box 711,
Montgomery, Al 36101

﹩AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

CANDACE CORLEY

V.

CPC LOGISTICS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-396-MHT

TO: (Name and address of Defendant)

> CPC Logistics, Inc.
> c/o The Corporation Company
> 2000 Interstate Park Drive
> Suite 204
> Montgomery, Alabama 36103-5421

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Mark M. Gibson
> Almon & Gibson, LLC
> 4 Office Park Circle
> Suite 215
> Birmingham, Alabama 35223

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days **after service** of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken **against you** for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                      5/17/07
_____          _____
CLERK                                                              DATE

_[signature]_
(By) DEPUTY CLERK

