UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDACE CORLEY, | ) |
| | ) |
| Plaintiff, | ) Case No.   2:07-cv-00396-MHT |
| | ) |
| vs. | ) |
| | ) |
| CPC LOGISTICS, INC., | ) |
| | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT
## OF CPC LOGISTICS, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, CPC Logistics, Inc. ("CPC Logistics"), hereby provides the following disclosures:

CPC Logistics has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

s/ Stephen D. Christie
Stephen D. Christie (ASB-3774-I51S; CHR016)
**LAMAR, MILLER, NORRIS, HAGGARD
& CHRISTIE, P.C.**
501 Riverchase Parkway East, Suite 100
Birmingham, AL 35244
(205) 326-000
(205) 323-2945 – Facsimile
schristie@lmnflaw.com

s/Robert S. Lamar, Jr.
Robert S. Lamar, Jr. (ASB-9361-A39-R; LAM002)
**LAMAR, MILLER, NORRIS, HAGGARD
& CHRISTIE, P.C.**
501 Riverchase Parkway East, Suite 100
Birmingham, AL 35244
(205) 326-0000
(205) 323-2945 – Facsimile
BobL@lmnflaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that, on this 27th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following and have served a true and correct copy of the foregoing by depositing same with the United States Postal Service, first class, postage prepaid, addressed as follows:

Mr. Mark M. Gibson
Almon & Gibson, LLC
4 Office Park Circle, Suite 214
Birmingham, AL 35223
(205) 445-0895
mgibson9051@charter.net

                                            s/ Stephen D. Christie
                                            OF COUNSEL