UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CANDACE CORLEY,**

    **Plaintiff,**

Vs.                                      CASE NO.: **2:07-cv-00396-MHT**

**CPC LOGISTICS, INC.,**

    **Defendant**

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Candace Corley, a Plaintiff in the above-captioned matter, and In accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliate, or similar entities reportable under the provisions of the Middle District of Alabama's general Order No. 3047:

[X]   This party is an individual, or

[ ]   This party is a governmental entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

| Reported Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Respectfully submitted,

/s/ Mark M. Gibson

Mark M. Gibson, esq
Almon & Gibson, LLC
4 Office Park Circle, Suite 215
Birmingham, Alabama 35223
(205) 445-0895
(205) 445-0898 Facsimile
mark@gibsontaxlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that, on this __6__ day of July 2007, a true and correct copy of the foregoing by furnished by depositing same with the United States Postal Service, first class, postage prepaid, addressed as follows:

Mr. Stephen D. Christie
Mr. Robert S. Lamar, Jr.
Lamar, Miller, Norris, Haggard
& Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama 35244
(205) 326-0000

_____
Mark M. Gibson