IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CANDACE CORLEY,                )
                               )
        Plaintiff,             )
                               )        CIVIL ACTION NO.
        v.                     )         2:07cv396-MHT
                               )
CPC LOGISTICS, INC.,           )
                               )
        Defendant.             )

ORDER

It is ORDERED that the motion for leave to amend (Doc. No. 14) is granted. The court assumes that the non-movant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 11th day of September, 2007.


      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE