IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CANDACE CORLEY,           )<br>                           )<br>    Plaintiff,            )<br>                           )<br>    v.                     )<br>                           )<br>CPC LOGISTICS, INC.,       )<br>                           )<br>    Defendant.             ) | CIVIL ACTION NO.<br>2:07cv396-MHT |

## ORDER

It is ORDERED that the motion for reconsideration (Doc. No. 16) is denied.  The court, however, takes no position on whether a newly added defendant should be dismissed.

DONE, this the 21st day of September, 2007.

                         /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE