**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Rheem Manufacturing Company
    CSC Lawyers Incorporating Svc Inc.
    150 South Perry Street
    Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X B.ll
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   07 cv 396

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2150 0002 6016 3928

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540