IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDACE CORLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:07-CV-396-MHT |
| ) | |
| v. ) | |
| ) | |
| CPC LOGISTICS; et al, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

The undersigned hereby appears as additional counsel of record in this action for the Plaintiff, Candace Corley. Please direct all future pleadings, correspondence and other communication to the undersigned.

                Respectfully submitted,

                *s/Adam P. Morel*
                Adam P. Morel
                **ATTORNEY FOR PLAINTIFF**

**OF COUNSEL**:

**LAW OFFICES OF ADAM MOREL, LLC**
2300 10th Court South
Birmingham, AL  35205
*Telephone:    (205) 252-8841*
*Facsimile:     (205) 252-7787*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served via electronic filing to:

All counsel of record.

This the 21st day of November, 2007.

                                                            *s/Adam P. Morel*
                                                            **OF COUNSEL**