IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CANDACE CORLEY,         )<br>                         )<br>    Plaintiff,         )<br>                         )<br>    v.                   )<br>                         )<br>CPC LOGISTICS, INC.,     )<br>                         )<br>    Defendant.           ) | CIVIL ACTION NO.<br>2:07cv396-MHT |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 23) is set for submission, without oral argument, on December 17, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 27th day of November, 2007.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE