UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDACE CORLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: |
| ) | 2:07-CV-396-MHT |
| CPC LOGISTICS, INC and ) | |
| RHEEM MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION BETWEEN PLAINTIFF CANDACE CORLEY AND DEFENDANT RHEEM MANUFACTURING COMPANY REGARDING FEDERAL LAW CLAIMS**

**COME NOW** the Plaintiff Candace Corley ("Corley") and Defendant Rheem Manufacturing Company ("Rheem") and stipulate that Plaintiff Corley has advised Defendant Rheem that she is not pursuing any claims against Defendant Rheem based on federal law or federal regulations including, but not limited to, the federal statutes referenced in the First Amended Complaint ( See, Doc # 18 ), and further that in this action Plaintiff will pursue against Rheem only those state law claims asserted in said First Amended Complaint. The Parties also stipulate that an Order be entered reflecting this stipulation and dismissing Rheem's pending Motion for Summary Judgment without prejudice as "moot."

Respectfully submitted this the 12th day of December, 2007.

                                              s/Henry C. Barnett, Jr.
                                              HENRY C. BARNETT, JR. (BAR037)
                                              Attorney for Defendant,
                                              Rheem Manufacturing Company

**OF COUNSEL:**
CAPELL & HOWARD, P. C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama  36104
(334) 241-8000

                                              /s/ Adam P. Morel
                                              **ADAM P. MOREL (MOR082)**
                                              *Attorney for Plaintiff,*
                                              *Candace Corley*

**OF COUNSEL:**
ADAM P. MOREL
2300 10th Court South
Birmingham, Alabama  35205

                                              /s/Mark M. Gibson
                                              **MARK M. GIBSON (GIB022)**
                                              *Attorney for Plaintiff,*
                                              *Candace Corley*

**OF COUNSEL:**
ALMON & GIBSON, LLC
4 Office Park Circle, Suite 214
Birmingham, Alabama  35223

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Stephen D. Christie
Robert S. Lamar, Jr.
Lamar, Miller, Norris, Haggard & Christie
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama 35244

                                                              /s/ Henry C. Barnett, Jr.