IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CANDACE CORLEY,              )
                             )
    Plaintiff,                )
                             )
                             )    CIVIL ACTION NO.
    v.                       )     2:07cv396-MHT
                             )
CPC LOGISTICS, INC.,         )
                             )
    Defendant.                )
```

## ORDER

Pursuant to the joint stipulation (Doc. No. 27), it is ORDERED as follows:

(1) All federal claims against defendant Rheem Manufacturing Company are dismissed.

(2) Only state claims remain pending against defendant Rheem Manufacturing Company.

(3) The motion for summary judgment (Doc. No. 23) is denied without prejudice as moot.

DONE, this the 14th day of December, 2007.

                            /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE