## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **CANDACE CORLEY,**         ) | |
|                             ) | |
|    **Plaintiff,**  ) | |
|                             ) | |
| **vs.**                     ) | **Civil Action No.:** |
|                             ) | **2:07-CV-396-MHT** |
| **CPC LOGISTICS, INC and**  ) | |
| **RHEEM MANUFACTURING**     ) | |
| **COMPANY,**                ) | |
|                             ) | |
|    **Defendants.** ) | |

## CORPORATE DISCLOSURE STATEMETN
## OF RHEEM MANUFACTURING COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1, Rheem Manufacturing Company ("Rheem") hereby provides the following disclosures:

Rheem is a wholly owned subsidiary of PI US Holdings, Inc., a privately held company.

          Respectfully submitted,

          s/Henry C. Barnett, Jr.
          **HENRY C. BARNETT, JR. (BAR037)**
          *Attorney for Defendant,*
          *Rheem Manufacturing Company*

**OF COUNSEL:**
CAPELL & HOWARD, P. C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama  36104
(334) 241-8000

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 20th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Stephen D. Christie
Robert S. Lamar, Jr.
Lamar, Miller, Norris, Haggard & Christie
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama  35244

Mark M. Gibson
Almon & Gibson, LLC
4 Office Park Circle, Suite 214
Birmingham, Alabama  35223

Adam P. Morel
2300 10th Court South
Birmingham, Alabama  35205

                                                        <u>s/Henry C. Barnett, Jr.</u>
                                                         OF COUNSEL