UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANDACE CORLEY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: |
| ) | 2:07-CV-396-MHT |
| CPC LOGISTICS, INC and ) | |
| RHEEM MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
|    Defendants. ) | |

**JOINT MOTION FOR EXTENSION OF DEADLINES FOR COMPLETION OF DISCOVERY AND DISPOSITIVE MOTIONS**

**COME NOW** the parties to this action, Plaintiff Candace Corley ("Plaintiff"), Defendant CPC Logistics, Inc. ("CPC") and Defendant Rheem Manufacturing Company ("Rheem") and jointly move the Court to extend the deadlines established in this Court's Scheduling Order dated July 24, 2007. As grounds, the parties show unto the Court the following:

1. This action was filed by Plaintiff against Defendant CPC on May 4, 2007 (Doc. No. 1).

2. On July 20, 2007 the parties submitted their Rule 26 F.R.Civ.P Report of Parties Planning Meeting (Doc.No. 12).

3. On July 24, 2007 this Court issued a Uniform Scheduling Order establishing January 23, 2008 and February 19, 2008, as the respective deadlines for completion of discovery and filing dispositive motions (Doc. No. 13).

4. On September 4, 2007 Plaintiff moved for leave to amend her Complaint to name Rheem as an additional defendant (Doc. No. 14 ). On September 11, 2007 the Court granted Plaintiff's Motion (Do. No. 15).

5. On September 17, 2007 CPC filed a motion seeking reconsideration of the Court's Order allowing Plaintiff to amend her Complaint (Doc. No. 16), and on September 21, 2007 this Court denied CPC's Motion, but noted that it was making no decision on the merits as to whether Rheem would remain a party defendant (Doc. No. 17).

6. On November 21, 2007 Rheem filed a Motion for Summary Judgment seeking dismissal of Plaintiff's claims (Doc. No. 23).

7. On December 12, 2007 Plaintiff and Rheem filed a Joint Stipulation stating that Plaintiff is proceeding against Rheem solely on the basis of the state law claims contained in her original Complaint, not any federal law claims (Doc. No. 27)

8. On December 14, 2007 this Court, in response to the Joint Stipulation, denied Rheem's Motion for Summary Judgment as moot, and confirmed the terms of the Stipulation (Doc No. 29).

9. The parties are working diligently on discovery, but need additional time to conduct depositions and file dispositive motions. This is due to Rheem's recent entry into the case (four (4) months ago), and the motions that resulted.

10. Counsel for the parties have tentatively scheduled the depositions they need to commence on February 12, 2008 and extend through February 15, 2008, if necessary. Those dates are the first available to all counsel, but fall after the current

January 23, 2008 discovery cutoff and only one (1) business day before the current dispositive motion cutoff of February 19, 2008.

**WHEREFORE THE PREMISES CONSIDERED**, the parties jointly move the Court to extend the discovery cutoff in this case to Friday February 15, 2008 and the dispositive motion cutoff to Tuesday, March 4, 2008 (two weeks extension).

Respectfully submitted,

s/Henry C. Barnett, Jr.
**HENRY C. BARNETT, JR.**
*Attorney for Defendant,*
*Rheem Manufacturing Company*

**OF COUNSEL:**
CAPELL & HOWARD, P. C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama  36104

/s/ Adam P. Morel
**ADAM P. MOREL**
*Attorney for Plaintiff,*
*Candace Corley*

**OF COUNSEL:**
ADAM P. MOREL
2300 10th Court South
Birmingham, Alabama  35205

/s/Mark M. Gibson
**MARK M. GIBSON**
*Attorney for Plaintiff,*
*Candace Corley*

**OF COUNSEL:**
ALMON & GIBSON, LLC
4 Office Park Circle, Suite 214
Birmingham, Alabama  35223

/s/ Stephen D. Christie
**STEPHEN D. CHRISTIE (CHR   )**
*Attorney for CPC Logistics, Inc.*

**OF COUNSEL:**
LAMAR, MILLER, NORRIS, HAGGARD
& CHRISTIE
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama  35244

3