IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CANDACE CORLEY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CPC LOGISTICS, INC., )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:07cv396-MHT |

ORDER

It is ORDERED that the joint motion for extension of deadlines (Doc. No. 35) is granted as requested.

DONE, this the 16th day of January, 2008.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**