UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CANDACE CORLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No.   **2:07-cv-00396-MHT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CPC LOGISTICS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL**

**COME NOW**, all parties to this action, by and through their counsel of record, and stipulate and show unto the Court that this matter is due to be dismissed, with prejudice, each party to bear their own costs, including attorney fees and expenses, as the parties have resolved all issues asserted herein.

DATED: February 19, 2008

Respectfully submitted,

s/Stephen D. Christie
Stephen D. Christie (ASB-3774-I51S; CHR016)
**LAMAR, MILLER, NORRIS, HAGGARD
& CHRISTIE, P.C.**
501 Riverchase Parkway East, Suite 100
Birmingham, AL 35244
(205) 326-0000 \ (205) 323-2945 – Facsimile
schristie@lmnflaw.com

        s/Mark M. Gibson
Mark M. Gibson, Esq.
Almon & Gibson, LLC
4 Office Park Circle, Suite 215
Birmingham, AL 35223
(205) 445-0895
mgibson9051@charter.net


        s/Henry C. Barnett, Jr.
Henry C. Barnett, Jr., Esq.
Capell & Howard, P.C.
150 South Perry Street
P.O. Box 2069
Montgomery, AL 36102
(334) 241-8059 \ (334) 323-8888 fax
BAR037
hcb@chlaw.com


        s/Adam P. Morel
Adam P. Morel, Esq.
Law Offices of Adam Morel, LLC
2300 10th Court South
Birmingham, AL 35205
(205) 252-8841 \ (205) 252-7787 fax
adam@morelawfirm.com