IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CANDACE CORLEY,                )
                               )
    Plaintiff,                 )
                               )   CIVIL ACTION NO.
    v.                         )   2:07cv396-MHT
                               )        (WO)
CPC LOGISTICS, INC.,           )
                               )
    Defendant.                 )
```

## JUDGMENT

In accordance with the joint stipulation (Doc. No. 37), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs, including attorneys' fees and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of February, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE